# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 25-CR-02012 |
| | ) | |
| | ) | |
| | ) | |
| Cade Kendol CORSO | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 25, 2025 _____ in the county of _____ Black Hawk _____ in the

_____ Northern _____ District of _____ Iowa _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(8) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_Adam Michael Galbraith_
Complainant's signature

Adam Galbraith - FBI
Printed name and title

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: 02/28/2025

Judge's signature

Northern District of Iowa

MARK A. ROBERTS, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Adam Michael Galbraith, being duly sworn state and depose as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging CADE KENDOL CORSO with possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g)(8).

2. I am a sworn officer with the Waterloo Police Department currently assigned to the Federal Bureau of Investigation Safe Streets Federal Task Force and have been since January 1, 2023. I am tasked with primarily focusing on street gangs and violent criminal activity, addressing specific violent crime problems through the coordination of federal, state, and local law enforcement officers and prosecutors to conduct long-term, proactive investigations. I am a graduate of the Iowa Law Enforcement Academy (ILEA). I have been assigned and worked in various capacities as a law enforcement officer since gaining employment at the Waterloo Police Department in 1996. I have worked in the Patrol Division, Detective Bureau, the Drug Crime Unit, and the Tri-County Drug Enforcement Criminal Enterprise Task Force, conducting hundreds of long-term investigations. I have received numerous training courses and education supporting the positions I have held.

3. This affidavit does not contain all the information known to me from the investigation but is intended to show merely that there is probable cause to believe CORSO unlawfully possessed firearms.

1

4. The information contained in this affidavit includes information gathered by me as well as other officers. The contents are drawn from information from other law enforcement officials and government agencies, my own experience and training, the experiences of other agents, and the review of documents. Where statements of others are set forth in this affidavit, they are set forth in substance and not verbatim.

## Probable Cause

*Protective Order*

5. On or about July 12, 2024, CORSO was arrested in Johnson County, Iowa, and charged with harassment – third degree. On July 13, 2024, CORSO appeared in person for an initial appearance on the charge in the Iowa District Court for Johnson County in case number SMSM118378. At the initial appearance, the court entered a protective order against CORSO, restraining CORSO from harassing, stalking, and/or threatening an intimate partner and finding that CORSO represents a credible threat to the physical safety of the intimate partner.

6. On November 4, 2024, CORSO pled guilty to harassment – third degree.

7. On November 5, 2024, the court sentenced CORSO, which included the court extending the no contact order issued on July 13, 2024, for five years. The no contact order is set to expire on or about November 5, 2029.

2

8. On February 24, 2025, at approximately 4:22 p.m., Cedar Falls Police Department officials received information from the United States Secret Service involving CORSO. CORSO was believed to be in possession of an AR-15 rifle and a loaded Taurus G3C pistol, while making threats against the current government and President of the United States of America over social media. It was further established that CORSO is prohibited from possessing firearms based on a valid and active protective order (described above) and lives at a residence in Cedar Falls, Iowa.

9. A member of the Secret Service contacted CORSO's mother, T.C., who confirmed that CORSO resided with her at the Cedar Falls residence. T.C. confirmed there were firearms in the residence.

10. On February 24, 2025, a member of the Cedar Falls Police Department telephonically spoke with T.C. T.C. verified that CORSO was previously in the United States Marine Corps and had been less than honorably discharged. T.C. advised that CORSO is not a supporter of the President and felt that it was a mistake which sparked CORSO's statements on social media. T.C. provided that CORSO was in possession of a non-operational AR-15 rifle and a Taurus handgun. T.C. advised that CORSO has been in possession of these firearms since his discharge from the United States Marine Corps and was currently in possession of them. T.C. advised that CORSO is diagnosed and is currently receiving treatment

3

for mental health concerns to include post-traumatic stress disorder and severe anxiety.

11. On February 25, 2025, I was telephonically contacted by an Investigator with the Cedar Falls Police Department and given a summation of the case facts and advised that members of the Cedar Falls Police Department were going to execute a search warrant at Corso's residence in Cedar Falls to search for the firearms and ammunition.

12. On February 25, 2025, the search warrant was executed. CORSO was detained outside of his residence and was in possession of a loaded, semi-automatic Taurus G3C pistol, found in in his waist band. CORSO had two additional loaded magazines in his pocket. A loaded DTI (Del Ton, Inc.) AR-15 semi-automatic rifle and a 45-round high-capacity AR-15 magazine was also seized from within the residence. Additional ammunition was also located in the residence.

13. On February 25, 2025, at approximately 1:06 pm, CORSO was arrested on state charges for his possession of the firearm. CORSO is currently an inmate of the Black Hawk County Sheriff's Office Jail as of February 28, 2025, at 7:30 am.

14. On February 28, 2025, Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Alex Reinert determined the semi-automatic Taurus G3C pistol and DTI (Del Ton, Inc.) AR-15 semi-automatic rifle were not manufactured in the state of Iowa and would have travelled in interstate commerce prior to CORSO's possession of them on February 25, 2025.

4

## Conclusion

15.     Based on the information set forth above, there is probable cause to believe that on February 25, 2025, in the Northern District of Iowa, CORSO was under an active protection order and knowingly possessed firearms, in violation of Title 18, United States Code, Section 922(g)(8).

Respectfully submitted,

*Adam Michael Galbraith*

Adam Michael Galbraith
Task Force Officer
Federal Bureau of Investigation


Subscribed and sworn to me by telephonic means this 28th day of February 2025.

MARK A. ROBERTS
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

5